# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christine Maga

                                 Plaintiff,

v.                                               Case No.: 1:22–cv–03069
                                               Honorable John F. Kness

Gail's Carriage House Restaurant, Inc., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 13, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: Preliminary settlement discussion held and continued to 4/27/23 at 11:30 a.m. by telephone. The settlement numbers, at this time, are worlds apart and more importantly, not realistic opening numbers. The Court gave the parties guidance on this matter. Revised Plaintiff's letter due by 4/20/23 and revised Defendant's letter due by 4/24/23. The parties are reminded that Magistrate Judge Harjani requires compliance with his Standing Order for Settlement Conference, which is available on the Court's website at www.ilnd.uscourts.gov. Lead counsel are instructed to promptly call into the Court's conference call–in number at (855) 244–8681, and use Access Code 978 352 73. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.