## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christine Maga

                                      Plaintiff,

v.                                                                                  Case No.: 1:22–cv–03069
                                                                                  Honorable John F. Kness

Gail's Carriage House Restaurant, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 27, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: Preliminary settlement discussion set for 4/27/23 is stricken. The Court has reviewed the letters, and the Court appreciates that the parties' revised settlement position is within range. The Court will hold a virtual settlement conference in this case. The parties shall confer and propose jointly three dates that work for a virtual conference and send those dates to the settlement correspondence email box by 5/1/23. The Court will select one of those dates. Conferences start at 9:30 a.m. and last approximately 3 hours. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.