# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Christine Maga v. Gail's Carriage House Restaurant, Inc., et al  Case Number: 1:22-cv-03069

An appearance is hereby filed by the undersigned as attorney for:
Gail's Carriage House Restaurant, Inc. and Gail Janczak

Attorney name (type or print): Brian J. Benoit

Firm: Miller Berger LL

Street address: 20 N. Clark St., Ste 525

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6289041
(See item 3 in instructions)

Telephone Number: 312/283-4386

Email Address: brian@millerberger.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 05/25/23

Attorney signature: S/ Brian J. Benoit
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015