**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Christine Maga

                                        Plaintiff,

v.                                                                                 Case No.: 1:22−cv−03069
                                                                                 Honorable John F. Kness

Gail's Carriage House Restaurant, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 1, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: Virtual settlement conference held. The parties reached a binding settlement on the record. Defendant shall provide a draft of the written agreement by 6/9/23; Plaintiff shall respond by 6/16/23; and agreement shall be executed by 6/30/23. Stipulation to dismiss without prejudice (which will automatically convert to with prejudice on a date certain to be identified by the parties as discussed given the settlement terms) is due by 7/21/23. Tracking status set for 7/26/2023 at 9:15 a.m. but will be stricken if the stipulation has been filed. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.