# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christine Maga

                                              Plaintiff,

v.                                                                                 Case No.: 1:22−cv−03069
                                                                                             Honorable John F. Kness

Gail's Carriage House Restaurant, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2023:

      MINUTE entry before the Honorable John F. Kness: Motion by counsel to withdraw as attorney [27] is granted. Attorney Ariel Weissberg is withdrawn as counsel of record. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.