UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Christine Maga

                                                Plaintiff,

v.                                                                 Case No.: 1:22–cv–03069

                                                                          Honorable John F. Kness

Gail's Carriage House Restaurant, Inc., et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 22, 2023:

      MINUTE entry before the Honorable John F. Kness: In view of the ongoing settlement proceedings before Magistrate Judge Harjani, the status hearing set for 6/28/2023 is stricken and reset to 7/27/2023 at 09:30 AM. The parties are to use the following call–in number: 888–684–8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.