IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE MAGA | ) | No. 1:22-cv-3069 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Judge John F. Kness |
| | ) | Hon. Magistrate Judge Sunil R. Harjani. |
| v. | ) | |
| | ) | |
| GAIL'S CARRIAGE HOUSE RESTAURANT, INC., and GAIL JANCZAK, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action without prejudice, with each side bearing its own fees and costs except as otherwise agreed. Pursuant to the Minute Order on June 1, 2023 (ECF No. 28), this dismissal will automatically convert to a stipulated dismissal of the action with prejudice on May 1, 2024, assuming no default of the settlement agreement has taken place.

Respectfully Submitted,

**Plaintiff's Counsel**

Colby Qualls, Esq. (Ark. Bar No. 2019246 )
Josh Sanford, Esq. (Ark. Bar No. 2001037)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Email: colby@sanfordlawfirm.com
Email: josh@sanfordlawfirm.com

*/s/ Colby Qualls*
Counsel for Plaintiff

**Defendants' Counsel**

Brian J. Benoit, Esq. (No. 6289041)
Miller Berger, LLC
20 North Clark St, Suite 525
Chicago, Illinois 60602
Telephone: (312) 283-4386
Email: brian@millerberger.com

*/s/ Brian J. Benoit*
Counsel for Defendant

Page 1 of 1
Christine Maga v. Gail's Carriage House Restaurant, Inc, et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-3069
Joint Stipulation of Dismissal without Prejudice