UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Christine Maga

                Plaintiff,

v.                                                  Case No.: 1:22−cv−03069
                                                  Honorable John F. Kness

Gail's Carriage House Restaurant, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 11, 2023:

      MINUTE entry before the Honorable John F. Kness: On 7/11/2023, the parties filed a jointly−executed stipulation of dismissal [31] (the "Stipulation"). Accordingly, the case is dismissed by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. *See Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Consistent with the terms of the Stipulation, this dismissal is without prejudice and with leave to reinstate on or before 5/1/2024. In the event a motion to reinstate is not filed on or before 5/1/2024, the case shall be deemed, without further order of the Court, to be dismissed with prejudice. Each party is to bear its own fees and costs except as otherwise agreed. The hearing set for 7/27/2023 before Judge Kness is stricken. The Court thanks the parties, counsel, and Magistrate Judge Harjani for their settlement efforts. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.