# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christine Maga

                         Plaintiff,

v.                                                 Case No.: 1:22−cv−03069
                                                       Honorable John F. Kness

Gail's Carriage House Restaurant, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 11, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the stipulation of dismissal [31], all pending deadlines before Judge Harjani are stricken. All matters relating to the referral are now concluded and the referral is closed. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.